# Court of Appeals
# of the State of Georgia

ATLANTA, November 27, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0341. TRACY TAYLOR v. ROW CROP FARMS, INC.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Tracy Taylor filed a petition for review in superior court. The superior court ruled against Taylor and in favor of Row Crop Farms, Inc. Taylor then filed a motion for new trial, which the superior court denied. Thereafter, Taylor filed this direct appeal. We lack jurisdiction.

Pretermitting whether this appeal is timely, "appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Taylor's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 11/27/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*